**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CONNECTUS LLC,
d/b/a EDEGREE ADVISOR,

      Plaintiff,

v.                                                    **CASE NO.: 8:16-MC-000159-33**

AMPUSH MEDIA, INC., and
DGS EDU, LLC,

      Defendants.

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Non-party, Digital Globe Services, Inc. ("DGS"), through its undersigned counsel, hereby gives notice that the following substitution of counsel is made as of the effective date below.

      Effective Date:      **December 30, 2016**

| Original Counsel/Address | Substituting Counsel/Address |
|---|---|
| Jeffrey M. Lippa | Gregory W. Kehoe |
| lippaj@gtlaw.com | kehoeg@gtlaw.com |
| Greenberg Traurig, LLP | Danielle S. Kemp |
| 1200 17th Street, Suite 2400 | kempd@gtlaw.com |
| Denver, CO 80202 | Greenberg Traurig, P.A. |
| Telephone:  (303) 572-6500 | 101 East Kennedy Blvd., Suite 1900 |
| Facsimile:  (303) 572-6540 | Tampa, FL 33602 |
|  | Telephone:  (813) 318-5700 |
|  | Facsimile:  (813) 318-5900 |

/s/ Jeffery M. Lippa
Signature of Original Attorney

/s/ Gregory W. Kehoe
Signature of Substituting Attorney

Dated:  December 30, 2016.

Respectfully submitted,

Jeffrey M. Lippa
lippaj@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone:  (303) 572-6500
Facsimile:   (303) 572-6540

-and-

*s/ Gregory W. Kehoe*
Gregory W. Kehoe
kehoeg@gtlaw.com
FBN: 0486140
Danielle S. Kemp
kempd@gtlaw.com
FBN: 0474355
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone:  (813) 318-5700
Facsimile:   (813) 318-5900

*Attorneys for Digital Globe Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2016, a copy of the foregoing was filed and served via the Court's CM/ECF filing system, which will send notification to the following:

Joseph Charles Gratz
Durie Tangri LLP
217 Leidesdorff St.
San Francisco, CA 94111
Jgratz@durietangri.com

*s/ Gregory W. Kehoe*
Attorney

2